UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Frankfort)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | *Electronically Filed* |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 3:08-cr-21-KSF |
| | ) | |
| LEONARD LAWSON, | ) | |
| CHARLES WILLIAM "BILL" NIGHBERT, and | ) | |
| BRIAN RUSSELL BILLINGS, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' JOINT MOTION TO EXTEND PERIOD TO FILE
ALL OTHER EVIDENTIARY CHALLENGES**

Defendants Leonard Lawson, Charles William "Bill" Nighbert, and Brian Billings (collectively "Defendants"), by their attorneys, respectfully move the Court for an Order extending the date by which evidentiary challenges, other than challenges to co-conspirator hearsay, can be made prior to trial. In support of this motion, the Defendants state as follows:

1. On July 9, 2009, the Court assigned this matter for an *Enright* hearing on Thursday, August 6, 2009. *See* Doc. 470.

2. The *Enright* hearing, the Court ordered, would "address only the admissibility of statements of co-conspirators under Rule 801(d)(2)(E) of the Federal Rules of Evidence." *See id.*.

3. Following the *Enright* hearing, which concluded on August 10, 2009, the Court set a briefing schedule for the parties to address the admissibility of co-conspirator statements that is set to conclude on or around September 14, 2009. *See* Doc. 489.

4. The Defendants have separately indicated to the Court that they intend to file a renewed motion for Rule 14 severance on or around the due date of their *Enright* response brief on September 7, 2009.

5. Previously, however, the Court ordered that any evidentiary challenges, *other than those relating to co-conspirator hearsay*, be filed by August 13, 2009. *See* Doc. 470.

6. Since that time, the Court set this matter for a jury trial to begin on January 11, 2010. *See* Doc. 489.

7. Since both the nature and scope of *all other* evidentiary challenges are highly dependent on the Court's rulings on whether certain co-conspirator hearsay will be admissible and whether there will be one or two trials (and which defendants and/or counts will be part of those trials), the Defendants' respectfully ask the Court to extend the period of time by which all other evidentiary challenges must be filed.

8. The Defendants would ask for a period of time of at least 14 days after the Court's final orders on both the admissibility of co-conspirator hearsay *and* severance to file these additional evidentiary challenges.

9. This additional period of time will allow for full briefing of the remaining evidentiary issues well in advance of the trial date and is not being requested for the purposes of delay, obfuscation, or interruption of the Court's proceedings.

10. In fact, the Court's rulings on both co-conspirator hearsay and severance may reduce or obviate the need to file some evidentiary objections currently contemplated by the Defendants and their counsel.

For all of the reasons set forth above, the Defendants' respectfully request the Court extend the period for filing all other evidentiary challenges to at least 14 days after the Court's final orders on both the admissibility of co-conspirator hearsay and severance.

Respectfully submitted,

/s/Larry A. Mackey
Larry A. Mackey
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, Indiana 46204
Telephone: (317) 231-7236
Facsimile: (317) 231-7433
e-mail: lmackey@btlaw.com

/s/ J. Guthrie True
J. Guthrie True
JOHNSON TRUE GUARNIERI
326 West Main Street
Frankfort, KY 40601

Attorneys for Leonard Lawson


/s/Howard O. Mann
Howard O. Mann
LAW OFFICES OF HOWARD O. MANN, P.S.C.
P.O. Drawer 1344
Corbin, Kentucky 40702

Attorney for Charles Williams (Bill) Nighbert


/s/ Steven S. Reed
Steven S. Reed
J. Kent Wicker
Reed Wicker PLLC
321 West Main Street, Suite 2100
Louisville, Kentucky 40202

Attorneys for Brian Billings

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been served this 24th day of August, 2009, by the Court's electronic filing service to the following:

>Kenneth Taylor
>Kevin Dicken
>Assistant United States Attorney
>United States Attorney's Office
>260 West Vine Street, Suite 300
>Lexington, KY  40507

>/s/ Larry A. Mackey
>Larry A. Mackey

INDS02 JBARCLAY 1065768v1