UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at FRANKFORT

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>  Plaintiff, )<br>)<br>v. )<br>)<br>LEONARD LAWSON, )<br>CHARLES WILLIAM "BILL" NIGHBERT, and )<br>BRIAN RUSSELL BILLINGS, )<br>)<br>  Defendants. ) | Criminal Action No. 3:08-cr-21-KSF |

**ORDER ON DEFENDANTS' JOINT EMERGENCY MOTION
FOR EXTENSION OF BRIEFING SCHEDULE**

This matter came before the Court on the Defendants' Joint Emergency Motion for Extension of Briefing Schedule ("Motion") [DE 494].

The Court, having considered the Motion, and being fully advised, hereby **GRANTS** the Motion. Therefore

**IT IS ORDERED** that the Defendants have an additional ten (10) days until September 17, 2009 to file their response to the Government's Brief on the Admissibility of Statements of Co-Conspirators.

So **ORDERED** this 4th day of September, 2009.



Signed By:
*Karl S. Forester* KSF
**United States Senior Judge**