UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Frankfort)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | *Electronically Filed* |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 3:08-cr-21-KSF |
| | ) | |
| LEONARD LAWSON, | ) | |
| CHARLES WILLIAM "BILL" NIGHBERT, and | ) | |
| BRIAN RUSSELL BILLINGS, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION FOR LEAVE TO FILE
OVERSIZED POST-*ENRIGHT* HEARING RESPONSE BRIEF ON INADMISSIBILITY
OF ALLEGED CO-CONSPIRATOR STATEMENTS UNDER
FED. R. EVID. 801(d)(2)(E)**

Defendants Leonard Lawson, William Nighbert and Brian Billings, by and through their counsel, respectfully request leave to file an oversized Post-*Enright* Hearing Response Brief on Inadmissibility of Alleged Co-Conspirator Statements Under Fed. R. Evid. 801(d)(2)(E). In support of this Motion, Defendants state:

1.      As the Court knows, the *Enright* hearing spanned three (3) days, and covered a substantial amount of information and testimony.

2.      The nature and extent of the evidence presented at, and the issues raised in light of the hearing, are substantial. In addition, the nature and extent of the arguments raised by the Government in its 39-page Brief on Admissibility of Statements of Co-Conspirators (Doc. 493) are such that the Defendants' arguments could not be addressed fully in a joint-defense

memorandum of only 25 pages. Further, Defendants' arguments could not be presented as efficiently and in a coherent manner in three separate pleadings.

3.    The proposed Defendants' Post-*Enright* Hearing Response Brief is 76 pages in length, which is the same total number of pages that could have been presented to the Court if each Defendant had separately filed a post-hearing brief. Thus, the proposed pleading is no more burden to, or to the prejudice of, the Government than three separate filings by the Defendants.

4.    Accordingly, Defendants reasonably request leave to file a single Post-*Enright* Hearing Response Brief, to address their jointly presented arguments regarding the very significant issues presented.

Therefore, Defendants respectfully move the Court for leave to file the attached Defendants' Post-*Enright* Hearing Response Brief on Inadmissibility of Alleged Co-Conspirator Statements Under Fed. R. Evid. 801(d)(2)(E).

Respectfully submitted,

/s/Larry A. Mackey
Larry A. Mackey
Stanley C. Fickle
Jason R. Barclay
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, Indiana 46204
Telephone:  (317) 231-7236
Facsimile:   (317) 231-7433
E-mail:  lmackey@btlaw.com

J. Guthrie True
J. Guthrie True
JOHNSON TRUE GUARNIERI
326 West Main Street
Frankfort, Kentucky 40601
Telephone: (502) 875-6000
E-mail: gtrue@jtgattorneys.com

Attorneys for Leonard Lawson

/s/Howard O. Mann
Howard O. Mann
LAW OFFICES OF HOWARD O. MANN, P.S.C.
P.O. Drawer 1344
Corbin, Kentucky 40702
Telephone: (606) 528-0616
E-mail: hmannlaw@bellsouth.net

Attorney for Charles Williams (Bill) Nighbert

/s/Steven S. Reed
Steven S. Reed
Kent Wicker
REED WICKER PLLC
2100 Waterfront Plaza
321 West Main Street
Louisville, Kentucky 40202
Telephone: (502) 572-2500
E-mail: kent@reedwicker.com

Attorneys for Brian Russell Billings

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing has been served this 17th

day of September, 2009, by electronic filing service to the following:

Kenneth Taylor
Kevin Dicken
Assistant United States Attorneys
United States Attorney's Office
260 West Vine Street, Suite 300
Lexington, Kentucky 40507

/s/Larry A. Mackey
Larry A. Mackey

INDS01 MVS 1150591v1

3