UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Frankfort)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | *Electronically Filed* |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 3:08-cr-21-KSF |
| ) | |
| LEONARD LAWSON, ) | |
| CHARLES WILLIAM "BILL" NIGHBERT, and ) | |
| BRIAN RUSSELL BILLINGS, ) | |
| ) | |
| Defendants. ) | |

**ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE OVERSIZED DEFENDANTS' POST-*ENRIGHT* HEARING RESPONSE BRIEF ON INADMISSIBILITY OF ALLEGED CO-CONSPIRATOR STATEMENTS UNDER FED. R. EVID. 801(d)(2)(E)**

This matter is before the Court on Defendants' Motion for Leave to File Oversized Post-*Enright* Hearing Response Brief on Inadmissibility of Alleged Co-Conspirator Statements Under Fed. R. Evid. 801(d)(2)(E) ("Motion").

The Court, having considered the motion, and being fully advised, hereby **GRANTS** the Motion.

IT IS HEREBY ORDERED that the Clerk is to file the Defendants' Post-*Enright* Hearing Response Brief on Inadmissibility of Alleged Co-Conspirator Statements Under Fed. R. Evid. 801(d)(2)(E).

Dated:_____          _____
                                      Judge, United States District Court, Eastern
                                      District of Kentucky

2

Distribution to:

Larry A. Mackey
Stanley C. Fickle
Jason R. Barclay
Meredith A. Rieger
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN 46204

J. Guthrie True
JOHNSON TRUE GUARNIERI
326 West Main Street
Frankfort, Kentucky 40601

Howard O. Mann
LAW OFFICES OF HOWARD O. MANN, P.S.C.
104 N. Kentucky Avenue
P.O. Drawer 1344
Corbin , KY 40702

J. Kent Wicker
Steven S. Reed
REED WICKER PLLC
321 W. Main Street, Suite 2100
Louisville , KY 40202

Kenneth Taylor
Kevin Dicken
Assistant United States Attorneys
United States Attorney's Office
260 West Vine Street, Suite 300
Lexington, KY 40507

INDS01 MVS 1150599v1