UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Frankfort)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | *Electronically Filed* |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 3:08-cr-21-KKC |
| | ) | |
| LEONARD LAWSON, | ) | |
| CHARLES WILLIAM "BILL" NIGHBERT, and | ) | |
| BRIAN RUSSELL BILLINGS, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER ON DEFENDANTS' JOINT MOTION TO SEVER

This matter came before the Court on the Defendants' Joint Motion to Sever ("Motion").

The Court, having considered the Motion, and being fully advised, hereby GRANTS the Motion.

**IT IS ORDERED** that Defendant Billings is hereby severed pursuant to Federal Rule of Criminal Procedure 14 and granted a separate trial on all counts with which he has been charged in the Second Superseding Indictment. Defendants Nighbert and Lawson shall still be tried together at the trial setting set for January 11, 2010 in this Court.

So **ORDERED** this _____ day of September, 2009.

_____
Judge, United States District Court
Eastern District of Kentucky

Copies to:

Larry A. Mackey
Mark D. Stuaan
Jason R. Barclay
Meredith A. Rieger
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN 46204

J. Guthrie True
Johnson True Guarnieri
326 West Main Street
Frankfort, KY 40601

Howard O. Mann
104 N. Kentucky Avenue
P.O. Drawer 1344
Corbin, KY 40702

J. Kent Wicker
Steven S. Reed
Reed Wicker PLLC
321 W. Main Street, Suite 2100
Louisville, KY 40202

Kenneth Taylor
Kevin Dicken
Assistant United States Attorneys
United States Attorney's Office
260 West Vine Street, Suite 300
Lexington, KY 40507

INDS02 JBARCLAY 1070075v1

2