UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at FRANKFORT

CRIMINAL ACTION NO. 08-21-KSF

UNITED STATES OF AMERICA                                                                                    PLAINTIFF

v.                                                    **OPINION & ORDER**

LEONARD LAWSON,
CHARLES WILLIAM "BILL" NIGHBERT, and
BRIAN RUSSELL BILLINGS                                                                                    DEFENDANTS

\* \* \* \* \* \* \* \* \* \* \* \*

This matter is before the Court *sua sponte*. By its Order of July 9, 2009 [DE #470], the Court granted the defendants' motion for use of a juror questionnaire. A proposed Juror Questionnaire was tendered to the parties at the hearing on July 9, 2009, and is attached hereto. Any objections to the Court's proposed Juror Questionnaire must be filed with the Court **NO LATER THAN WEDNESDAY, NOVEMBER 25, 2009**.

This 19th day of November, 2009.



Signed By:
*Karl S. Forester*  KSF
**United States Senior Judge**