UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT FRANKFORT

CRIMINAL NO. 08-21-KSF

UNITED STATES OF AMERICA                                                                PLAINTIFF

V.                                                    ORDER

LEONARD V. LAWSON,
CHARLES WILLIAM NIGHBERT, and
BRIAN RUSSELL BILLINGS                                                            DEFENDANTS

** ** ** ** ** ** **

The Kentucky Transportation Cabinet, a non-party hereto, having moved to obtain copies

of all exhibits entered during the Enright hearing conducted in this case on August 6, August 7, and

August 10, 2009; no objections having been filed to said motion; the Magistrate Judge having

considered this matter, the reasons underlying said motion, and being duly advised,

**IT IS HEREBY ORDERED** that:

1.  The motion of the Kentucky Transportation Cabinet to obtain copies of all exhibits

entered during the Enright hearing [DE #491] is **GRANTED**.

2.  The Clerk of the Court shall provide to the Kentucky Transportation Cabinet copies of

all exhibits entered on behalf of Plaintiff and Defendants during the Enright hearing conducted on

August 6, August 7, and August 10, 2009.

This 1st day of December, 2009.



Signed By:
James B. Todd
United States Magistrate Judge