UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Frankfort)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | *Electronically Filed* |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 3:08-cr-21-KSF |
| ) | |
| LEONARD LAWSON, ) | |
| CHARLES WILLIAM "BILL" NIGHBERT, and ) | |
| BRIAN RUSSELL BILLINGS, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' MOTION FOR LEAVE TO FILE
OVERSIZED RESPONSE MEMORANDUM IN OPPOSITION TO GOVERNMENT'S
MOTION *IN LIMINE* TO ADMIT RECORDINGS [DOC. 538]**

Defendants Leonard Lawson and William "Bill" Nighbert, by and through their counsel, respectfully request leave to file an oversized Response Memorandum in Opposition to the Government's Motion *in Limine* to Admit Recordings [Doc. 538]. In support of this Motion, Defendants state:

1. The Government's Motion *in Limine* to Admit Recordings [Doc. 538] presents multiple legal arguments, some of which have never been asserted before, for the admission of hundreds of individual statements on multiple audio recordings totaling several hours in length. The Defendants responded in detail to each separate ground for admissibility and addressed the merits of the Government's arguments as they relate to each separate recording.

2. The Government incorporated arguments in made in its Brief on Admissibility of Statements of Co-Conspirators [Doc. 493] and its Reply Brief on Admissibility of Statements of

1

Co-Conspirators [Doc. 499] into its Motion *in Limine*, which necessitated additional discussion and argument by the Defendants in their Response Memorandum.

3. The nature and extent of the arguments raised by the Government could not be addressed fully in a joint-defense response memorandum of only 25 pages. Further, Defendants' arguments could not be presented as efficiently and in a coherent manner in two separate pleadings, although the local rules would have allowed two separate 25-page responses.

4. The Defendants' proposed Response Memorandum that is attached hereto is 30 pages in length, which is less than the total number of pages that could have been presented to the Court if each Defendant had separately filed a Response Memorandum. Thus, the proposed pleading is no more of a burden to, or to the prejudice of, the Government than two separate filings by the Defendants.

5. Accordingly, Defendants' request for leave to file a single Response Memorandum to address their jointly presented arguments regarding the very significant issues presented, is reasonable and should be granted.

Therefore, Defendants respectfully move the Court for leave to file the attached Response Memorandum in Opposition to the Government's Motion *in Limine* to Admit Recordings.

                                        Respectfully submitted,

                                        /s/Larry A. Mackey
                                        Larry A. Mackey
                                        Stanley C. Fickle
                                        Jason R. Barclay
                                        BARNES & THORNBURG LLP
                                        11 South Meridian Street
                                        Indianapolis, Indiana 46204
                                        Telephone:  (317) 231-7236
                                        Facsimile:  (317) 231-7433
                                        E-mail:  lmackey@btlaw.com

/s/J. Guthrie True
J. Guthrie True
JOHNSON TRUE GUARNIERI
326 West Main Street
Frankfort, Kentucky 40601
Telephone: (502) 875-6000
E-mail: gtrue@jtgattorneys.com

Attorneys for Leonard Lawson

/s/Howard O. Mann
Howard O. Mann
LAW OFFICES OF HOWARD O. MANN, P.S.C.
P.O. Drawer 1344
Corbin, Kentucky 40702
Telephone: (606) 528-0616
E-mail: hmannlaw@bellsouth.net

Attorney for Charles Williams (Bill) Nighbert

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing has been served this 9th day of October, 2009, by electronic filing service to the following:

>Kenneth Taylor
>Kevin Dicken
>Assistant United States Attorneys
>United States Attorney's Office
>260 West Vine Street, Suite 300
>Lexington, Kentucky 40507
>
>Steven S. Reed
>Kent Wicker
>REED WICKER PLLC
>2100 Waterfront Plaza
>321 West Main Street
>Louisville, Kentucky 40202
>Telephone: (502) 572-2500
>E-mail: kent@reedwicker.com
>Attorneys for Brian Russell Billings

>/s/Larry A. Mackey
>Larry A. Mackey

INDS02 JBARCLAY 1082791v1

4