UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Frankfort)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | *Electronically Filed* |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 3:08-cr-21-KSF |
| ) | |
| LEONARD LAWSON, ) | |
| CHARLES WILLIAM "BILL" NIGHBERT, and ) | |
| BRIAN RUSSELL BILLINGS, ) | |
| ) | |
| Defendants. ) | |

**AFFIDAVIT OF JON A. WOODALL**

I, Jon A. Woodall, being duly sworn, hereby state under oath as follows:

1. My name is Jon A. Woodall. I am over the age of twenty-one, and I make this Affidavit from my personal knowledge.

2. I am an attorney licensed in the Commonwealth of Kentucky, and am a member of the law firm of McBrayer, McGinnis, Leslie & Kirkland, PLLC in Lexington, Kentucky.

3. This Affidavit does not, and is not intended to, represent the complete chronology of all events around my conversation with Mr. James Rummage and others or my complete testimony in this matter.

4. My law firm serves as legal counsel to ATS Construction and in such capacity I have provided counsel to ATS on legal issues.

5. On March 13, 2008, while meeting at ATS, my law partner, Jaron P. Blandford, and I talked with Mr. Brian Billings, an employee of ATS. I informed him that Mr. Blandford and I spoke with Mr. James Rummage by telephone on March 12, 2008, regarding Rummage's

need for legal representation in a potential criminal matter. During that meeting, Mr. Billings told Mr. Blandford and me that he was a friend of Mr. Rummage. I told Mr. Billings that Mr. Blandford and I recommended Mr. David Guarnieri, an experienced criminal defense attorney in Frankfort, Kentucky, to Mr. Rummage.

6. Mr. Billings did not indicate that he knew of my conversation with Mr. Rummage or my recommendation of Mr. Guarnieri.

7. Leonard Lawson did not instruct me to recommend Mr. Guarnieri to Mr. Rummage or to inform Mr. Billings of that recommendation. That recommendation and the disclosure to Mr. Billings were made solely by Mr. Blandford and me.

Signed under penalties of perjury this 1st day of December, 2009.

_____
Jon A. Woodall

STATE OF KENTUCKY    )
COUNTY OF FAYETTE   )

Subscribed, acknowledged and sworn to before me by Jon A. Woodall, on this the 1st day of December, 2009.

_____
NOTARY PUBLIC, STATE AT LARGE
My Commission Expires: 11-2-11

2