UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Frankfort)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | *Electronically Filed* |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 3:08-cr-21-KSF |
| | ) | |
| LEONARD LAWSON, | ) | |
| CHARLES WILLIAM "BILL" NIGHBERT, and | ) | |
| BRIAN RUSSELL BILLINGS, | ) | |
| | ) | |
| Defendants. | ) | |

## AFFIDAVIT OF LARRY A. MACKEY

I, Larry A. Mackey, being duly sworn, hereby state under oath as follows:

1. I am trial counsel of record for Leonard Lawson in *United States v. Leonard Lawson, et al.*

2. Following Mr. Lawson's indictment, in September 2008 a Rule 17 subpoena was served on Jim Rummage which called for production, among other items, of any audio recording between Jim Rummage and Mike Duncan [see paragraph 14] and all audio recordings "...created by Jim Rummage involving employees...of the Kentucky Transportation Cabinet..." [see paragraph 20]. A copy of the subpoena is attached as Exhibit Y to Defendants' Joint Motion for Evidentiary Hearing on Recordings Made by James Rummage and Appropriate Relief (Doc. 560).

3. A copy of the audio recording made by the OIG of an interview of Jim Rummage conducted on January 25, 2008 was produced by the United States and is attached as Exhibit A

to the hard copy of this affidavit, which is being sent by overnight courier to the Court and counsel for the United States on December 15, 2009.

4. Prior to November 30, 2009, neither Jim Rummage, his counsel nor any representative of the United States advised me that Jim Rummage recorded a meeting he had with OIG investigators Mike Duncan and Chuck Hines on January 25, 2008; nor that Jim Rummage had maintained multiple copies of the recording.

5. On December 11, 2009 the United States first provided a copy of the audio recording made by Jim Rummage on January 25, 2008 of his meeting with the OIG. A copy of that recording is attached Exhibit B to the hard copy of this affidavit, which is being sent by overnight courier to the Court and counsel for the United States on December 15, 2009.

6. A transcript of the portions of the Rummage-made OIG recording which appear only on Exhibit B (both prior to and after the close of the formal OIG interview) is attached as Exhibit C.

7. The recording of the OIG meeting made by Jim Rummage on January 25, 2008 was never produced or identified in Rummage's response to the defense Rule 17 subpoena. Further, until the discovery of the existence of the Rummage-made OIG recording by the defense during the interview of Anita Rummage on November, 30, 2009, Marc Murphy had never authorized the defense to conduct a full search of Jim Rummage's personal laptop or desktop. A search of the imaging of the Rummage personal laptop within the past several days located multiple copies of an audio recording made by Jim Rummage on January 25, 2008 of his meeting with OIG officials.

Signed under penalties of perjury this 15th day of December, 2009

_____
Larry A. Mackey

STATE OF INDIANA      )
                      ) SS:
COUNTY OF MARION      )

Subscribed and sworn to before me by Larry A. Mackey on this 15th day of December, 2009.

_____
Notary Public

My Commission Expires: 4/7/16

INDS02 LVM 1085051v1

3



Exhibit B



Exhibit A

| | | |
|---|---|---|
| 1 | Participants: | Mike Duncan and Chuck Hines - Offices of Inspector |
| 2 | | General at the Berry Hill Mansion and Jim Rummage |
| 3 | Date: | January 25, 2008 (before official interview) |
| 4 | Time: | Not indicated |
| 5 | Recording Time: | 1:21 |

6  Interviewer: Jim

7  Rummage: No, no. I'm, I I used to hunt but I just I don't have time anymore for it.

8  Interviewer: People salivate when they see these wild turkeys out in the middle of this yard
9  just kind of walking around.

10 Rummage: Um hum.

11 Interviewer: Not paying any attention to what's going on. They kind of follow you around like
12  a dog.

13 Rummage: You could catch them by hand.

14 Interviewer: Yeah. I'd say they would spur the hell out of you if you were to catch one. But
15  tell -- what a bar, bar story. The time you caught a turkey by hand and strangled
16  it. It would be a great story.

17 Interviewer: You want somethiung to drink?

18 Rummage: No, I'm I'm fine. I've been - in fact I had a water. I stopped and got me a little
19  something to drink. I've been battling the stomach flu or something here the last
20  few days.

21 Interviewer: Have you?

22 Rummage: It's just - but I, no I don't need anything.

23 Interviewer: Well Jim we're going to conduct an interview this morning. I don't know - have
24  you ever been interviewed by the Inspector General's Office?

25 Rummage: No.

1

Exhibit C

1  **Interviewer:**  Involved in anything like that?

2  **Rummage:**  No.

3  **Interviewer:**  Okay well we always, always record what we talk about.

4  **Rummage:**  Okay.

5  **Interviewer:**  So I'm going to start the recording and go through a little spiel, make
6  introductions and then we'll tell you what you're here for.

7  **Rummage:**  Okay.

8  **Interviewer:**  Alright.

| | | |
|---|---|---|
| 1 | Participants: | Mike Duncan and Chuck Hines - Offices of Inspector |
| 2 | | General at the Berry Hill Mansion and Jim Rummage |
| 3 | Date: | January 25, 2008 (after official interview) |
| 4 | Time: | Not indicated |
| 5 | Recording Time: | 4:53 |

6    **Interviewer:**   Now Mr. Cecil?

7    **Rummage:**   I don't know a Mr. Cecil.

8    **Interviewer:**   I think he's a engineer assistant or whatever that wants to come back with your

9    district - James Cecil.

10    **Rummage:**   Oh that's the guy that was uh yeah there was some questions about because he, he

11    there was some kind of investigation when he retired.

12    **Interviewer:**   Yeah.

13    **Rummage:**   Yeah, okay I know who you're talking about now.

14    **Interviewer:**   Well, pretty soon we feel very certain that he was caught up in the porno stuff.

15    **Rummage:**   Okay.

16    **Interviewer:**   Uh remember Shawn Estep?

17    **Rummage:**   Yes.

18    **Interviewer:**   Well he went to another cabinet.

19    **Rummage:**   Right.

20    **Interviewer:**   Him and Doug Daugherty did the personnel side of that porno investigation.

21    **Rummage:**   Um hum.

22    **Interviewer:**   Well I'm hauling Shawn back in here because he's got all the files up there and

23    knows where it is but he's pretty confident, and we're confident, that he's caught

24    up in that porno investigation and you know retired because of it.

| | | |
|---|---|---|
| 1 | **Rummage:** | Right. Well that's why we asked because I think uh of course we're looking at using interim employees a whole lot because it cuts down on expenses and still gets us people that we need but we knew that he had retired with some kind of problem and uh so uh I think, I think personnel looked at it and they said well you know they didn't have a big problem with it but I asked our administrative branch manager to follow up and get a little bit more information before we... |
| 7 | **Interviewer:** | Yeah well Denise contacted us. |
| 8 | **Rummage:** | Yeah, I think that's where Mary, I think Mary contacted Denise and asked her to give us a little more information so. |
| 10 | **Interviewer:** | Well we going to have - I don't have anything to give you or Denise right now other than a little insider information that yeah I believe we've got it all up there. |
| 12 | **Rummage:** | Okay. That's we, we, we need employees and an interim employee works if we can't hire a permanent right now that works to our advantage but uh you know we certainly don't need to bring back someone that might potentially be a problem if we already know that. |
| 16 | **Interviewer:** | Well do you all interview the interims before you hire them on? |
| 17 | **Rummage:** | You know I, I, I haven't been there long to uh to really say uh because we're hiring more interims right now and we really didn't use interims a lot when I was involved out in the districts but I don't think we do interview the interims. I think if they're an interim it's pre-selected. I mean we actually submit a name and say we want this person as interim so uh and that's fine under the interim because they're not a permanent employee. |
| 23 | **Interviewer:** | Right. |

| | | |
|---|---|---|
| 1 | **Rummage:** | But at least that's my understanding of the way it works. |
| 2 | **Interviewer:** | Well don't give him a computer. |
| 3 | **Rummage:** | Okay. |
| 4 | (Laughing) | |
| 5 | **Rummage:** | Well actually in the position we were looking at him for he wouldn't have a |
| 6 | | computer if we did hire him. |
| 7 | **Interviewer:** | Out in the field? |
| 8 | **Rummage:** | Yeah uh I believe we were looking at as a uh maintenance - we were looking for |
| 9 | | somebody to drive a snow plow. He has a CDL which is you know anybody with |
| 10 | | a CDL is going to be somebody we're interested in so. But I mean if the decision |
| 11 | | is we're not there's, we'll look for somebody else with a CDL. |
| 12 | **Interviewer:** | Yeah. |
| 13 | **Interviewer:** | That may be the way to go. |
| 14 | **Interviewer:** | What we would probably do is have Shawn come over here, pull out the box full |
| 15 | | of pictures and all that - whatever they did because no report was ever written. |
| 16 | **Rummage:** | Um hum. |
| 17 | **Interviewer:** | And we'll just fashion some kind of memorandum to personnel management |
| 18 | | signed off by the Inspector General that he yes a file exists, yes he was |
| 19 | | interviewed because of blah, blah, blah. |
| 20 | **Rummage:** | That's what we're looking for. |
| 21 | **Interviewer:** | Okay. |
| 22 | **Interviewer:** | Thank you for coming in Jim. We appreciate it. |
| 23 | **Rummage:** | Alright. |
| 24 | (Getting up from table and leaving room) | |

| | | |
|---|---|---|
| 1 | **Interviewer:** | You got business in Frankfort today?  Well actually you only came from |
| 2 | | Lexington |
| 3 | **Rummage:** | Yeah. |
| 4 | **Interviewer:** | Sometimes we get guys have to come in here from Murray. |
| 5 | **Rummage:** | Yeah it's not too bad.  Alright.  Thank you. |
| 6 | **Interviewer:** | Thank you. |
| 7 | **Interviewer:** | See you.  Have a good weekend. |
| 8 | **Rummage:** | Thanks. |