IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | *Electronically Filed* |
| Plaintiff, ) | |
| ) | |
| vs. ) | Cause No. 3:08-CR-21-KSF |
| ) | |
| LEONARD LAWSON, CHARLES ) | |
| WILLIAM ("BILL") NIGHBERT, and ) | |
| BRIAN RUSSELL BILLINGS, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' SECON SUPPLEMENTAL TENDER OF
PROPOSED JURY INSTRUCTION NO. 44**

Defendants Leonard Lawson and Charles William ("Bill") Nighbert submit an additional proposed jury instruction attached hereto. Defendants respectfully reserve the right to tender other instructions consistent with the evidence at trial and to withdraw any proposed instructions not warranted by the evidence.

Respectfully submitted,

/s/Larry A. Mackey
Larry A. Mackey
Jason R. Barclay
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, Indiana 46204
Telephone: (317) 231-7236
Facsimile: (317) 231-7433
E-mail: lmackey@btlaw.com

/s/ J. Guthrie True
J. Guthrie True
Johnson True Guarnieri
326 West Main Street
Frankfort, KY 40601
Telephone: (502) 875-6000
Facsimile: (502) 875-6008
E-mail: gtrue@jtgattorneys.com

Attorneys for Leonard Lawson


/s/Howard O. Mann
Howard O. Mann
LAW OFFICES OF HOWARD O. MANN, P.S.C.
P.O. Drawer 1344
Corbin, Kentucky 40702

/s/Kent Wicker
Kent Wicker
REED WICKER PLLC
2100 Waterfront Plaza
321 West Main Street
Louisville, Kentucky 40202

Attorneys for Charles Williams (Bill) Nighbert


**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing has been served this 24th day of January, 2010, by electronic filing service to the following:

Kenneth Taylor
Kevin Dicken
Assistant United States Attorneys
United States Attorney's Office
110 West Vine Street, Suite 400
Lexington, Kentucky 40507


/s/Larry A. Mackey
Larry A. Mackey

2

## DEFENDANTS' PROPOSED INSTRUCTION NO. 44

**UMG payment of attorneys fees for Marr and May**

It is legal and proper for UMG to pay the fees charged by the attorneys representing Archie Marr and Greg May in connection with the investigation and the trial in this case.